CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
-----
Telephone (212) 209-3933
Facsimile (212) 209-7102

July 8, 2026

**BY ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

***Re: Castro v. Karena Foods Inc., et al.***
***Case No. 24-CV-1893 (ER) (BCM)***

Dear Judge Ramos,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. As the Court is aware, the parties have reached a settlement in principle and are to submit their settlement agreement for review and approval by July 10, 2026. However, the parties remain in the process of finalizing their settlement papers, and respectfully request an extension of time until July 24, 2026, to submit their papers to the Court.

No prior request for similar relief has been made, and no other dates would be affected.

We thank the Court for considering this application.

Respectfully submitted,

*/s/ Justin Cilenti*
Justin Cilenti

cc: Michael Siegel, Esq. (by ECF)

The application is _x_ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: July 9, 2026
New York, New York